THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0239-JCC |
| Plaintiff, | ORDER |
| v. | |
| DALE KNAPINSKI, | |
| Defendant. | |

This matter comes before the Court on Defendant Dale Knapinski's unopposed motion to proceed with a remote guilty plea hearing (Dkt. No. 23). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

I. BACKGROUND

On November 13, 2019, Mr. Knapinski was charged by indictment with one count of possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(b) and (b)(2). (Dkt. No. 1.) Mr. Knapinski has been released on bond with special conditions. (*See* Dkt. Nos. 6, 7, 22.) After multiple continuances, trial is presently scheduled for February 8, 2021. (*See* Dkt. Nos. 13, 18, 20.) The parties have now reached a plea agreement and Mr. Knapinski moves to enter a guilty plea by telephone or video conference. (Dkt. No. 23.) According to the motion, under the plea agreement, the Government will recommend no more than 27 months of

confinement, and Mr. Knapinski would like to take responsibility in this matter and move forward in a timely fashion. (Dkt. No. 23 at 2.) The Government does not oppose the request.

## II.  DISCUSSION

Because of the health risks posed by the COVID-19 pandemic, the Court may conduct a felony plea hearing by video conference if the defendant consents and the Court finds that the plea hearing cannot be further delayed without serious harm to the interests of justice. *See* Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-136, §§ 15002(b)(2)(A), (b)(4), 134 Stat. 281, 528–29 (2020); W.D. Wash. General Order No. 14-20 (Sept. 24, 2020), 04-20 (Mar. 30, 2020). Mr. Knapinski has a strong interest in the speedy resolution of this matter. Under General Order 15-20, in-person proceedings will not resume until at least January 1, 2021. *See* W.D. Wash. General Order No. 15-20 at 2 (Oct. 2, 2020). The Court finds that unnecessarily delaying Mr. Knapinski's guilty plea hearing, and therefore his sentencing, for at least several weeks, despite having already reached a plea agreement with the Government, would cause serious harm to the interests of justice.

## III.  CONCLUSION

For the foregoing reasons, the Court GRANTS Defendant's unopposed motion to proceed with a remote guilty plea hearing (Dkt. No. 23). The Court ORDERS that Defendant's guilty plea hearing before a Magistrate Judge be set as soon as practicable and be conducted by video conference. The Court DIRECTS the presiding judge to establish a record of Defendant's consent for the hearing, in accordance with General Order No. 04-20.

//
//
//
//

1 | DATED this 17th day of December 2020.

*[Signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE