THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DALE KNAPINSKI,<br><br>    Defendant. | CASE NO. CR19-0239<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to seal (Dkt. No. 40). The Government and Defendant Dale Knapinski ask the Court to allow Exhibits A and B to the Government's sentencing memorandum to remain under seal. (*Id.* at 1.) The exhibits include psychological or psychiatric reports that must be filed under seal under Local Criminal Rule 55(b)(6) as well as additional sensitive information about the victim in this case. (*Id.*) The Court finds that the need to maintain the victim's privacy and security is a compelling reason that outweighs the public's interest in disclosure. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017); *Oregonian Publ'g Co. v. U.S. Dist. Ct. for Dist. of Or.*, 920 F.2d 1462, 1466 (9th Cir. 1990). Accordingly, the Court GRANTS the motion (Dkt. No. 40) and DIRECTS the Clerk to maintain Docket Number 42 under seal until further order of the Court.

DATED this 15th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk