THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE KNAPINSKI,<br><br>Defendant. | CASE NO. CR19-0239-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion for entry of a final order of forfeiture (Dkt. No. 48). The Government seeks final forfeiture of the following property:

1. One Dell Studio XPS computer (Service Tag: JLKJLM1) seized from Defendant DALE KNAPINSKI on or about July 9, 2019.

The Court, having reviewed the motion and the relevant record, hereby FINDS entry of a final order of forfeiture is appropriate because:

- In the plea agreement entered on January 20, 2021, Defendant agreed to forfeit his interest in the above-identified property as property used to commit or to promoted commission of the offense, Possession of Child Pornography, and/or consists of prohibited images, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), to which he entered a guilty plea (Dkt. No. 29 at 10);

- On April 5, 2021, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting the Defendant's interest in it (Dkt. No. 35);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 47) and provided direct notice to one potential claimant as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A) (Dkt. No. 48-1); and,

- The time for filing third-party claims has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1) No right, title, or interest in the above-identified property exists in any party other than the United States;

2) The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3) The United States Department of Justice and/or its representatives are authorized to dispose of the above-identified property as permitted by law.

DATED this 22nd day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0239-JCC
PAGE - 2