THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0239-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DALE KNAPINSKI, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Attorney Brad Allen Meryhew's motion to withdraw as counsel for Defendant Dale Knapinski (Dkt. No. 54). Local Criminal Rule 62.2(b) states: "A stipulation and proposed order for withdrawal must (1) be signed by all opposing counsel or pro se parties, and (2) be signed by the party's new counsel, if appropriate, or by the party." Counsel's proposed order for withdrawal has not been signed by Defendant's new counsel, nor has it been signed by Defendant. Counsel is INSTRUCTED to submit an amended proposed order that complies with the local rules within (7) days of this order.

//
//
//

MINUTE ORDER
CR19-0239-JCC
PAGE - 1

1  DATED this 11th day of July 2024.

2

3                                                                Ravi Subramanian
                                                                 Clerk of Court

4
                                                                 s/Kathleen Albert
5                                                                Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR19-0239-JCC
PAGE - 2