JUDGE JOHN C. COUGHENOUR

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | NO. CR19-239 JCC |
| Plaintiff, | (~~PROPOSED~~) ORDER GRANTING |
| v. | MOTION TO WITHDRAW AS |
| **DALE KNAPINSKI,** | COUNSEL |
| Defendant. | |

THE COURT has considered the motion of the parties to withdraw as attorney of record for the Defendant and finds that:

Brad A. Meryhew is permitted to withdraw from the above captioned case.

Jennifer Horwitz is permitted to substitute for Brad Meryhew as counsel for Mr. Knapinski.

DATED this 24th day of July 2024.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL - 1
*USA v Knapinski*, CR19-239 JCC

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590

| Presented by: | Agreed: |
|---|---|
| /s/ Brad A. Meryhew_____ | /s/William Dreher_____ |
| Brad A. Meryhew | William Dreher |
| Attorney for Dale Knapinski | Assistant U.S. Attorney |

| Substituting Counsel: | Approves of Substitution: |
|---|---|
| /s/Jennifer Horwitz_____ | /s/Dale Knapinksi_____ |
| Jennifer Horwitz, Substituting Counsel | Dale Knapinski |

ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL - 2
*USA v Knapinski, CR19-239 JCC*

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590