THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR19-0239-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| DALE KNAPINSKI, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Attorney Jennifer Horwitz's motion to withdraw as counsel for Defendant Dale Knapinski (Dkt. No. 74). Local Criminal Rule 62.2(b)(1) states: "A stipulation and proposed order for withdrawal must (1) be signed by all opposing counsel or pro se parties, and (2) be signed by the party's new counsel, if appropriate, or by the party. If a withdrawal will leave a party unrepresented, the motion to withdraw must include the party's address and telephone number." Here, Counsel's withdrawal would leave Defendant unrepresented. As such, Counsel's motion must include Defendant's address and telephone number, both of which are missing from the instant motion. Moreover, Counsel's proposed order has not been signed by opposing counsel or Defendant. Accordingly, counsel is DIRECTED to refile the motion and proposed order in a form that complies with the local criminal rules.

DATED this 26th day of September 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk