The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DALE KNAPINSKI,<br><br>　　　　Defendant. | Case No.: CR 19-239JCC<br><br>~~PROPOSED~~ ORDER TO SEAL EXHIBIT A TO MOTION FOR LEAVE OF DEFENSE COUNSEL TO WITHDRAW FROM CASE PURSUANT TO LCR 83.2 |

## ORDER

THIS COURT, having considered the argument by counsel that the contents of Exhibit A to Motion for Leave of Defense Counsel to Withdraw from Case Pursuant to LCR 83.2 should not be available to the public and should be permitted to be filed under seal, and hearing no objection from the government, NOW THEREFORE IT IS HEREBY ORDERD that Exhibit A to the Motion for Leave of Defense Counsel to Withdraw from Case shall be filed under seal.

Dated this 10th day of October, 2024.

_John C. Coughenour_
JUDGE JOHN C. COUGHENOUR

| | |
|---|---|
| ~~PROPOSED~~ ORDER TO SEAL EXHIBIT A TO MOTION FOR LEAVE OF DEFENSE COUNSEL TO WITHDRAW FROM CASE PURSUANT TO LCR 83.2- 1 | LAW OFFICE OF JENNIFER HORWITZ, PLLC<br>P.O. BOX 70859<br>Seattle, WA  98127<br>(206) 799-2797 |

Respectfully submitted this 9th day of October, 2024.

Jennifer Horwitz WSBA#23695
Attorney for DALE KNAPINSKI
Law Office of Jennifer Horwitz, PLLC
P.O. Box 70859
Seattle, WA  98127
Telephone: (206) 799-2797
E-mail: jennifer@jenniferhorwitzlaw.com