THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE KNAPINSKI,<br><br>Defendant. | CASE NO. CR19-0239-JCC<br><br>ORDER |

This matter comes before the Court on defense counsel Jennifer Horwitz's motion to withdraw from the case (Dkt. No. 76). Having thoroughly considered the parties' briefing and the relevant record, the Court GRANTS the motion for the reasons explained herein.

An attorney may not withdraw an appearance in any case without leave of the court. CrR 62.2. The Court also retains discretion to grant or deny withdrawal at any time. *See, e.g.*, *Putz v. Golden*, 2012 WL 13019202, slip op. at 3 (W.D. Wash. 2012). When evaluating a motion to withdraw, courts may consider a variety of factors, including: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Russell v. Samec*, 2021 WL 3130053, slip op. at 1 (W.D. Wash. 2021) (internal citations omitted).

Here, Ms. Horwitz represents she was retained to seek Defendant's early termination of supervision. (*See* Dkt. No. 76 at 1–2; *see also* Dkt. No. 60 (resulting motion).) Now that the Court has disposed of Defendant's request, (*see generally* Dkt. No. 73), Ms. Horwitz seeks to withdraw. (*See* Dkt. No. 76 at 2.) Ms. Horwitz further represents that the Government will not lodge a brief in response to her request. (*See id*.) However, Ms. Horwitz also notes Defendant does not agree to her withdrawal. (*See id*.) Nevertheless, the Court has considered the relevant factors and finds that, on balance, they weigh in favor of her withdrawal.[1]

Accordingly, the Court GRANTS Ms. Horwitz's motion to withdraw (Dkt. No. 76). The Clerk is DIRECTED to mail a copy of this order to Defendant at the address provided in docket number 78 (filed under seal).

DATED this 15th day of October 2024

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] Specifically, the scope of Ms. Horwitz's representation is complete. Therefore, her withdrawal would not result in apparent prejudice nor harm the administration of justice. Nor would it delay resolution of this case (because it terminated long ago). (*See generally* Dkt. No. 46.)

ORDER
CR19-0239-JCC
PAGE - 2